# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL AUGUSTO LOPEZ-CONCHAS,<br>  aka "Arnolfo Pineda Arre,"<br>  aka "Javier Torres-Platas,"<br>  aka "Mario Aguirre,"<br>  aka "Juan Perez-Torres,"<br>  aka "Javier Torre-Platas,"<br><br>Defendant. | Case No. 2:26-mj-000275-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report [Proposed]** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 16 day of April, 2026.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

4