**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL AUGUSTO LOPEZ-CONCHAS,<br>  aka "Arnolfo Pineda Arre,"<br>  aka "Javier Torres-Platas,"<br>  aka "Mario Aguirre,"<br>  aka "Juan Perez-Torres,"<br>  aka "Javier Torre-Platas,"<br><br>Defendant. | Case No. 2:26-mj-000275-EJY<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the _30th_ day of April, 2026 at the hour of _4__ p.m., be vacated and continued to August 5, 2026 at the hour of 2:30 p.m. in Courtroom 3D.

Dated this 16th day of April, 2026

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

5