**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL AUGUSTO LOPEZ-CONCHAS,

Defendant.

Case No. 2:26-mj-00275-EJY

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for August 5, 2026 at 2:30 p.m., be vacated and continued to October 13, 2026 at the hour of 11 : 00 a.m.

DATED this 17 day of July, 2026.

UNITED STATES MAGISTRATE JUDGE