**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL LOPEZ-CONCHAS,<br>Defendant. | Case No. 2:26-mj-00275-EJY<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for October 13, 2026 at 11:00 a.m., be vacated and continued to December 31, 2026 at the hour of 3:00 p.m.

DATED this 11th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE